Troy M. Yoshino, No. 197850
Eric J. Knapp, No. 214352
Aengus H. Carr, No. 240953
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:      415.989.5900
Facsimile:      415.989.0932
Email:          tyoshino@cbmlaw.com
                eknapp@cbmlaw.com
                acarr@cbmlaw.com


Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIM NGUYEN, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1-100,<br><br>　　　　　Defendants. | Case No. CV 10-2257 SI<br><br>**STIPULATED REQUEST TO: (1) MODIFY BRIEFING SCHEDULE RELATING TO BMW NA'S MOTIONS TO DISMISS AND STRIKE; AND (2) CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; DECLARATION OF ERIC J. KNAPP IN SUPPORT THEREOF**<br><br>**[N.D. CAL. L.R. 6-2]** |

By and through their respective counsel of record, plaintiff Tim Nguyen, as an individual and on behalf of all others similarly situated, and Defendant BMW of North America ("BMW NA") stipulate and agree as follows:

### STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2
### (BRIEFING SCHEDULE ON BMW NA'S PENDING MOTIONS TO DISMISS AND STRIKE)

1.     BMW NA has filed: (1) a Motion to Dismiss Plaintiff's Individual Claims; and (2) a Motion to Strike Plaintiff's Class Allegations (collectively, the "Motions").  These Motions were noticed for January 14, 2011, the Court's first available hearing date.

2.     The parties mutually recognize that the briefing schedule called for under the Local Rules would cause both parties to brief the Motions over the holidays.  Oppositions would be due on Christmas Eve, and reply briefs would be due on New Year's Eve.  The parties propose a briefing schedule that would avoid this situation, and allow the Court *more* time to review the parties' papers in advance of the January 14, 2011 hearing.

3.     Specifically, the parties propose that all opposition briefs relating to the Motions be filed on or before December 3, 2010.  The parties also propose that all reply briefs relating to the Motions be filed on or before December 17, 2010.

4.     Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Complaint.  The first extension was up to and including August 17, 2010, and the second was to September 28, 2010.  As discussed in more detail below, the parties also previously stipulated to continue the initial case management conference in this case to a date and time convenient to the Court, not earlier than 35 days after it rules on the pleadings filed in response to plaintiff's operative Second Amended Complaint.

5.     Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 3 affect dates involving papers required to be filed with the Court.

6.     Other than as discussed in paragraph 4, there have been no prior time modifications in this case.  As the parties do not seek to change the hearing date relating to the Motions, the requested time modification would have no effect on the schedule for the case.

CBM-SF\SF492470

**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2
(CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE)**

7.    For the reasons reflected in the parties' prior stipulation and the Court's order approving that stipulation (*see* Docket No. 14), the parties agree that deadlines contemplated by the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order") should be continued.  The parties hereby further agree that the initial case management conference ("CMC") should be continued to a date and time convenient to the Court, no earlier than February 18, 2011.

8.    On August 5, 2010, this Court ordered that the CMC "shall be continued to a date and time convenient to the Court, not less than 35 days after it rules on pleadings filed in response to the Second Amended Complaint." (*See* Docket No. 14.)  For the reasons explained above, the date set by this Order should be in early 2011.  Creating some ambiguity, however, are notes contained in the entries for Docket Nos. 14 & 15 suggesting that the CMC may be on calendar for October 26, 2010 at 10:00 a.m.  At the Clerk's direction, the parties make this stipulated request to clarify the schedule in this case.

9.    As before, the parties are requesting that the Court continue the CMC because the parties acknowledge that the full scope of issues presented by this lawsuit will not be known until the Court rules on BMW NA's responsive pleadings.  Given this situation, the parties agree that meet-and-confers on the subjects discussed in the Court's Scheduling Order would be more productive if postponed until after such ruling.

10.    The parties request the court continue the CMC to at least February 18, 2011, to allow the timeline contemplated in the Court's Scheduling Order to progress normally, *i.e.*, to allow for: (a) a 14-day period in which to meet and confer; (b) an additional 14 days to prepare the Rule 26(f) report, initial disclosures, and the Court-mandated Joint Case Management Statement; and (c) for the Court to have 7 days to review relevant materials before the initial Case Management Conference.

11.     Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 7 affect certain dates fixed by Court order and the Local Rules of this Court.

12.     Other than as discussed in paragraph 4, there have been no prior time modifications in this case.  As there are no other scheduled matters in this case beyond the January 14, 2011 hearing date on BMW NA's Motions, the requested time modification would have no effect on the schedule for the case.

Dated:  October 8, 2010          Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP


By _____ /s/ Eric J. Knapp _____
              ERIC J. KNAPP
Attorneys for Defendant
BMW of North America, LLC


Dated:  October 8, 2010          KERSHAW, CUTTER & RATINOFF LLP


By _____ /s/ Stuart C. Talley _____
              STUART C. TALLEY
Attorneys for Plaintiff
Tim Nguyen


**General Order 45, § X Certification**
The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each of the other signatories, in full accordance with N.D. Cal Gen. Ord. 45, § X(B).

1

**DECLARATION OF ERIC J. KNAPP IN SUPPORT OF
STIPULATED REQUESTS FOR ORDER CHANGING TIME**

2

3      I, Eric J. Knapp, declare and state as follows:

4          1.      I am an attorney duly licensed to practice before this Court, and am associated with

5  Carroll, Burdick & McDonough LLP, counsel for Defendant BMW NA in the above-entitled

6  action.  The matters referred to in this Declaration are based upon my best personal knowledge

7  and belief, and if called and sworn as a witness, I could and would competently testify as to each

8  of them.

9          2.      BMW NA has filed: (1) a Motion to Dismiss Plaintiff's Individual Claims; and (2) a

10  Motion to Strike Plaintiff's Class Allegations (collectively, the "Motions").  These Motions were

11  noticed for January 14, 2011, the Court's first available hearing date.

12          3.      The parties mutually recognize that the briefing schedule called for under the Local

13  Rules would cause both parties to brief the Motions over the holidays.  Oppositions would be due

14  on Christmas Eve, and reply briefs would be due on New Year's Eve.  The parties propose a

15  briefing schedule that would avoid this situation, and allow the Court *more* time to review the

16  parties' papers in advance of the January 14, 2011 hearing.

17          4.      Specifically, the parties propose that all opposition briefs relating to the Motions be

18  filed on or before December 3, 2010.  The parties also propose that all reply briefs relating to the

19  Motions be filed on or before December 17, 2010.

20          5.      Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two

21  extensions of time for BMW NA to respond to plaintiff's Complaint.  The first extension was up

22  to and including August 17, 2010, and the second was to September 28, 2010.  As discussed in

23  more detail below, the parties also previously stipulated to continue the initial case management

24  conference in this case to a date and time convenient to the Court, not earlier than 35 days after it

25  rules on the pleadings filed in response to plaintiff's operative Second Amended Complaint.

26          6.      Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this

27  stipulated request for an order changing time, as the agreements set forth in paragraph 3 affect

28  dates involving papers required to be filed with the Court.

CBM-SF\SF492470

7.    Other than as discussed in paragraph 5 of this Declaration, there have been no prior time modifications in this case.  As the parties do not seek to change the hearing date relating to the Motions, the requested time modification would have no effect on the schedule for the case.

8.    For the reasons reflected in the parties' prior stipulation and the Court's order approving that stipulation (*see* Docket No. 14), the parties agree that deadlines contemplated by the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order") should be continued.  The parties hereby further agree that the initial case management conference ("CMC") should be continued to a date and time convenient to the Court, not earlier February 18, 2011.

9.    On August 5, 2010, this Court ordered that the CMC "shall be continued to a date and time convenient to the Court, not less than 35 days after it rules on pleadings filed in response to the Second Amended Complaint."  (*See* Docket No. 14.)  For the reasons explained above, the date set by this Order should be in early 2011.  Creating some ambiguity, however, are notes contained in the entries for Docket Nos. 14 & 15 suggesting that the CMC may be on calendar for October 26, 2010 at 10:00 a.m.  At the Clerk's direction, the parties make this stipulated request to clarify the schedule in this case.

10.    As before, the parties are requesting that the Court continue the CMC because the parties acknowledge that the full scope of issues presented by this lawsuit will not be known until the Court rules on BMW NA's responsive pleadings.  Given this situation, the parties agree that meet-and-confers on the subjects discussed in the Court's Scheduling Order would be more productive if postponed until after such ruling.

11.    The parties request the court continue the CMC to at least February 18, 2011, to allow the timeline contemplated in the Court's Scheduling Order to progress normally, *i.e.*, to allow for: (a) a 14-day period in which to meet and confer; (b) an additional 14 days to prepare the Rule 26(f) report, initial disclosures, and the Court-mandated Joint Case Management Statement; and (c) for the Court to have 7 days to review relevant materials before the initial Case Management Conference.

1    12.    Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of this stipulated

2    request for an order changing time, as the agreements set forth in paragraph 8 of this Declaration

3    affect certain dates fixed by Court order and the Local Rules of this Court.

4    12.    Other than as discussed in paragraph 5 of this Declaration, there have been no prior

5    time modifications in this case.  As there are no other scheduled matters in this case beyond the

6    January 14, 2011 hearing date on BMW NA's Motions, the requested time modification would

7    have no effect on the schedule for the case.

8            I declare under penalty of perjury under the laws of the United States that the foregoing

9    is true and correct.

10            Executed this 8th day of October 2010 at San Francisco, California.

11                                                        /s/ Eric J. Knapp

12                                                        ERIC J. KNAPP

1

<u>**ORDER**</u>

2    For good cause shown, the Court hereby enters the Stipulation set forth above as the Order

3 of the Court.  The schedule in this case is hereby modified as follows:

4    a.    BMW NA has filed: (1) a Motion to Dismiss Plaintiff's Individual Claims; and (2) a

5 Motion to Strike Plaintiff's Class Allegations (collectively, the "Motions").  All opposition briefs

6 relating to the Motions shall be filed on or before December 3, 2010.  All reply briefs relating to

7 the Motions shall be filed on or before December 17, 2010.

8    b.    The case management conference shall be continued to February 18, 2011 at 2:30 ~~2:00~~

9 p.m.

10    **IT IS SO ORDERED**

11 Dated: _____, 2010

12    By: _____

13       HONORABLE SUSAN ILLSTON

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CBM-SF\SF492470