Troy M. Yoshino, No. 197850
Eric J. Knapp, No. 214352
Aengus H. Carr, No. 240953
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:    415.989.5900
Facsimile:    415.989.0932
Email:         tyoshino@cbmlaw.com
              eknapp@cbmlaw.com
              acarr@cbmlaw.com

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIM NGUYEN, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1-100,<br><br>        Defendants. | Case No. CV 10-2257 SI<br><br>**STIPULATED REQUEST TO: (1) MODIFY BRIEFING SCHEDULE RELATING TO BMW NA'S MOTIONS TO DISMISS AND STRIKE; AND (2) CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; DECLARATION OF ERIC J. KNAPP IN SUPPORT THEREOF**<br><br>**[N.D. CAL. L.R. 6-2]** |

By and through their respective counsel of record, plaintiff Tim Nguyen, as an individual and on behalf of all others similarly situated, and Defendant BMW of North America ("BMW NA") stipulate and agree as follows:

**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2**
**(BRIEFING SCHEDULE ON BMW NA'S PENDING MOTIONS TO DISMISS AND STRIKE)**

1. On December 3, 2010, the Court issued an Order approving the parties' stipulated request to: (1) revise the briefing schedule on BMW NA's pending Motion to Dismiss Plaintiff's Individual Claims and Motion to Strike Plaintiff's Class Allegations (collectively, "Motions") and (2) extend the dates for the Initial Case Management Conference and ADR deadlines.

2. A revised briefing schedule was necessary to ameliorate the difficulties for both parties posed by the briefing schedule called for under the Local Rules given the upcoming holidays. However, in the interim, plaintiff has indicated that he is contemplating filing a Third Amended Complaint to address issues raised by the pending Motions and potentially make other changes. Plaintiff indicates that if he so amends, he would file on or around January 15, 2011. Accordingly, the parties mutually recognize that the briefing schedule and subsequent hearing and case management dates need to be altered to account for the possibility of the filing of a Third Amended Complaint, which would moot the pending Motions and trigger a new filing date for BMW NA's responsive pleadings in any event.

3. Accordingly, the parties propose that all opposition briefs relating to the Motions be filed on or before January 28, 2011. The parties also propose that all reply briefs relating to the Motions be filed on or before February 18, 2011, and that the hearing on the Motions (currently scheduled for January 28, 2011) be continued to March 4, 2011 at 11:00 a.m. or a later date and time convenient for the Court.

4. Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Complaint. The first extension was up to and including August 17, 2010, and the second was to September 28, 2010. The parties have also previously stipulated to extensions of time for the briefing schedule on the Motions, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the

Court has approved such stipulations. See Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26 (Oct. 13, 2010 Order); and Docket Entry of December 3, 2010 (Order).

5. Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 3 affect dates involving papers required to be filed with the Court and a hearing date currently set on the Court's calendar.

6. Other than as discussed in paragraph 4, there have been no prior time modifications in this case. The extensions of time requested herein would require continuation of the hearing on the Motions from January 28, 2011 to March 4, 2011.

**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2**
**(CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE)**

7. The parties hereby further agree that the initial case management conference ("CMC") should be continued to a date and time convenient to the Court, no earlier than April 22, 2011. This additional time is requested primarily because, as set forth above, the parties are requesting an extension of time on the briefing schedule and hearing related to the Motions.

8. As set forth in the parties' prior stipulation and the Court's order approving that stipulation (see Docket Entry of December 3, 2010), the parties have requested that the Court continue the CMC because the parties acknowledge that the full scope of issues presented by this lawsuit will not be known until the Court rules on BMW NA's responsive pleadings. Given this situation, the parties agree that meet-and-confers on the subjects discussed in the Court's Scheduling Order would be more productive if postponed until after such rulings.

9. Given the requested change in the Motions schedule, the parties request that the Court continue the CMC to at least April 22, 2011, to allow the timeline contemplated in the Court's Scheduling Order to progress normally, i.e., to allow for: (a) a 14-day period in which to meet and confer; (b) an additional 14 days to prepare the Rule 26(f) report, initial disclosures, and the Court-mandated Joint Case Management Statement; and (c) for the Court to have 7 days to review relevant materials before the initial Case Management Conference.

10. Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 7 affect certain dates fixed by Court order and the Local Rules of this Court.

11. Other than as discussed in paragraph 4, there have been no prior time modifications in this case. The requested time modification would continue the CMC (currently on the Court's calendar for March 18, 2011) to April 22, 2011.

Dated: December 21, 2010    Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By _____/s/ Eric J. Knapp_____
         ERIC J. KNAPP
Attorneys for Defendant
BMW of North America, LLC

Dated: December 21, 2010    KERSHAW, CUTTER & RATINOFF LLP

By _____/s/ Stuart C. Talley_____
         STUART C. TALLEY
Attorneys for Plaintiff
Tim Nguyen

**General Order 45, § X Certification**
The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each of the other signatories, in full accordance with N.D. Cal Gen. Ord. 45, § X(B).

**DECLARATION OF ERIC J. KNAPP IN SUPPORT OF
STIPULATED REQUESTS FOR ORDER CHANGING TIME**

I, Eric J. Knapp, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court, and am associated with Carroll, Burdick & McDonough LLP, counsel for Defendant BMW NA in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. On December 3, 2010, the Court issued an Order approving the parties' stipulated request to: (1) revise the briefing schedule on BMW NA's pending Motion to Dismiss Plaintiff's Individual Claims and Motion to Strike Plaintiff's Class Allegations (collectively, "Motions") and (2) extend the dates for the Initial Case Management Conference and ADR deadlines.

3. A revised briefing schedule was necessary to ameliorate the difficulties for both parties posed by the briefing schedule called for under the Local Rules given the upcoming holidays. However, in the interim, plaintiff has indicated that he is contemplating filing a Third Amended Complaint to address issues raised by the pending Motions and potentially make other changes. Plaintiff indicates that if he so amends, he would file on or around January 15, 2011. Accordingly, the parties mutually recognize that the briefing schedule and subsequent hearing and case management dates need to be altered to account for the possibility of the filing of a Third Amended Complaint, which would moot the pending Motions and trigger a new filing date for BMW NA's responsive pleadings in any event.

4. Specifically, the parties propose that all opposition briefs relating to the Motions be filed on or before January 28, 2011. The parties also propose that all reply briefs relating to the Motions be filed on or before February 18, 2011, and that the hearing on the Motions (currently scheduled for January 28, 2011) be continued to March 4, 2011 at 11:00 a.m. or to a later date and time convenient for the Court.

5. Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Complaint. The first extension was up

to and including August 17, 2010, and the second was up to and including September 28, 2010. The parties have also previously stipulated to extensions of time for the briefing schedule on the Motions, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved such stipulations. *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26 (Oct. 13, 2010 Order); and Docket Entry of December 3, 2010 (Order).

6. Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 4 affect dates involving papers required to be filed with the Court and a hearing date currently set on the Court's calendar.

7. Other than as discussed in paragraph 5 of this Declaration, there have been no prior time modifications in this case. The extensions of time requested herein would require continuation of the hearing on the Motions from January 28, 2011 to March 4, 2011.

8. The parties also agree that the initial case management conference ("CMC") should be continued to a date and time convenient to the Court, no earlier than March 18, 2011. This additional time is requested primarily because, as set forth above, the parties are requesting an extension of time on the briefing schedule and hearing related to the Motions.

9. On December 3, 2010, this Court ordered that the CMC shall be continued to March 18, 2011. (*See* Docket Entry of December 3, 2010.)  As discussed in the stipulation relating to that Order, the parties have requested that the Court continue the CMC because the parties acknowledge that the full scope of issues presented by this lawsuit will not be known until the Court rules on BMW NA's responsive pleadings. Given this situation, the parties agree that meet-and-confers on the subjects discussed in the Court's Scheduling Order would be more productive if postponed until after such rulings.

10. Given the requested change in the Motions schedule, the parties request that the Court continue the CMC to at least April 22, 2011, to allow the timeline contemplated in the Court's Scheduling Order to progress normally, *i.e.*, to allow for: (a) a 14-day period in which to meet and confer; (b) an additional 14 days to prepare the Rule 26(f) report, initial disclosures,

1  and the Court-mandated Joint Case Management Statement; and (c) for the Court to have 7 days
2  to review relevant materials before the initial Case Management Conference.
3     11.   Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of this stipulated
4  request for an order changing time, as the agreements set forth in paragraph 8 of this Declaration
5  affect certain dates fixed by Court order and the Local Rules of this Court.
6     12.   The requested time modification would continue the CMC (currently on the Court's
7  calendar for March 18, 2011) to April 22, 2011.
8     I declare under penalty of perjury under the laws of the United States that the foregoing
9  is true and correct.
10    Executed this 21st day of December 2010 at San Francisco, California.

/s/ Eric J. Knapp
ERIC J. KNAPP

CBM-SF\SF498868                           3
**DECLARATION OF ERIC J. KNAPP IN SUPPORT OF STIPULATED REQUESTS FOR ORDER CHANGING TIME**

## **O**RDER

For good cause shown, the Court hereby enters the Stipulation set forth above as the Order of the Court. The schedule in this case is hereby modified as follows:

    a.    BMW NA has filed: (1) a Motion to Dismiss Plaintiff's Individual Claims; and (2) a Motion to Strike Plaintiff's Class Allegations (collectively, the "Motions"). All opposition briefs relating to the Motions shall be filed on or before January 28, 2010. All reply briefs relating to the Motions shall be filed on or before February 18, 2011. The hearing on these Motions shall be continued to March 4, 2011 at 11:00 a.m.

    b.    The case management conference shall be continued to April 22, 2011 at 2:00 p.m.

**IT IS SO ORDERED**

Dated: _____, 2010

By: _____
       HONORABLE SUSAN ILLSTON