Troy M. Yoshino, No. 197850
Eric J. Knapp, No. 214352
Aengus H. Carr, No. 240953
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:      415.989.5900
Facsimile:       415.989.0932
Email:             tyoshino@cbmlaw.com
                       eknapp@cbmlaw.com
                       acarr@cbmlaw.com

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIM NGUYEN, as an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1-100,<br><br>          Defendants. | Case No. CV 10-2257 SI<br><br>**STIPULATION TO: (1) CONSENT TO PLAINTIFFS' FILING THIRD AMENDED COMPLAINT (2) SET BRIEFING SCHEDULE RELATING TO BMW NA'S ANTICIPATED DISPOSITIVE MOTIONS; AND (2) CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; DECLARATION OF ERIC J. KNAPP IN SUPPORT THEREOF**<br><br>[N.D. CAL. L.R. 6-2] |

By and through their respective counsel of record, plaintiff Tim Nguyen, as an individual and on behalf of all others similarly situated, and Defendant BMW of North America ("BMW NA") stipulate and agree as follows:

### RULE 15(a)(2) STIPULATED FILING OF THIRD AMENDED COMPLAINT

1. In the parties' prior stipulated order signed by the Court on January 3, 2011 (Docket No. 30), plaintiff indicated that he was contemplating filing a Third Amended Complaint on or before January 15, 2011. On January 14, 2011, Plaintiff filed his Third Amended Complaint, and associated exhibits. (*See* Docket Nos. 31 and 32, respectively). The parties have met and conferred, and hereby stipulate and agree, that BMW NA consents to plaintiff filing his Third Amended Complaint. The Third Amended Complaint and attached exhibits are attached hereto as Exhibit A.

### STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2 (BRIEFING SCHEDULE ON BMW NA'S ANTICIPATED MOTIONS TO DISMISS AND STRIKE)

2. BMW NA anticipates filing dispositive motions to the Third Amended Complaint. Plaintiff's Third Amended Complaint, raises new issues and adds a new named plaintiff. Accordingly, the parties mutually recognize that the briefing schedule and subsequent hearing should be altered to give the parties an opportunity to properly address these issues. The parties have met and conferred and propose the following schedule:

March 11, 2011:  BMW NA files dispositive motions;

April 8, 2011:  Plaintiffs' opposition briefs due;

April 29, 2011:  BMW NA's reply briefs due.

The Third Amended Complaint obviates the need for the motion hearing currently scheduled for March 4, 2011, and the parties request it be continued to May 20, 2011 at 9:00 a.m. or a later date and time convenient for the Court to address any motions filed by BMW NA in response to the Third Amended Complaint.

3. Procedural History: Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended Complaint. The first extension was up to and including August 17, 2010, and the second was to

September 28, 2010, whereupon BMW NA filed dispositive motions. The parties have also previously stipulated to extensions of time for the briefing schedule on the dispositive motions to the Second Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved such stipulations. *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26 (Oct. 13, 2010 Order); Docket Entry of December 3, 2010 (Order); Docket No. 29 (December 22, 2010 Order); Docket No. 30 (January 3, 2011 Order). Filing of the Third Amended Complaint renders moot BMW NA's pending dispositive motions to the Second Amended Complaint.

4. Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 3 affect dates involving papers required to be filed with the Court and a hearing date currently set on the Court's calendar.

5. Other than as discussed in paragraph 3, there have been no prior time modifications in this case. The extensions of time requested herein would require continuation of the hearing on the Motions from March 4, 2011, to May 20, 2011.

**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2
(CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE)**

6. The parties hereby further agree that the initial case management conference ("CMC") should be continued to a date and time convenient to the Court, no earlier than July 1, 2011. This additional time is requested primarily because, as set forth above, the parties are requesting an extension of time on the briefing schedule and hearing related to BMW NA's planned dispositive motions to the Third Amended Complaint.

7. As set forth in the parties' prior stipulation and the Court's order approving that stipulation (*see* Docket No. 30, January 3, 2011 Order), the parties have requested that the Court continue the CMC because the parties acknowledge that the full scope of issues presented by this lawsuit will not be known until the Court rules on BMW NA's responsive pleadings. Given this situation, the parties agree that meet-and-confers on the subjects discussed in the Court's Scheduling Order would be more productive if postponed until after such rulings.

8. Given the requested change in the Motions schedule, the parties request that the Court continue the CMC to at least July 1, 2011, to allow the timeline contemplated in the Court's Scheduling Order to progress normally, *i.e.*, to allow for: (a) a 14-day period in which to meet and confer; (b) an additional 14 days to prepare the Rule 26(f) report, initial disclosures, and the Court-mandated Joint Case Management Statement; and (c) for the Court to have 7 days to review relevant materials before the initial Case Management Conference.

9. Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 8 affect certain dates fixed by Court order and the Local Rules of this Court.

10. Other than as discussed in paragraph 3, there have been no prior time modifications in this case. The requested time modification would continue the CMC (currently on the Court's calendar for April 22, 2011) to July 1, 2011.

Dated: January 27, 2011.  Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By _____/s/ Eric J. Knapp_____
ERIC J. KNAPP
Attorneys for Defendant
BMW of North America, LLC

Dated: January 27, 2011  KERSHAW, CUTTER & RATINOFF LLP

By _____/s/ Stuart C. Talley_____
STUART C. TALLEY
Attorneys for Plaintiff
Tim Nguyen

**General Order 45, § X Certification**
The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each of the other signatories, in full accordance with N.D. Cal Gen. Ord. 45, § X(B).

**DECLARATION OF ERIC J. KNAPP IN SUPPORT OF
STIPULATED REQUESTS FOR ORDER CHANGING TIME**

I, Eric J. Knapp, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court, and am associated with Carroll, Burdick & McDonough LLP, counsel for Defendant BMW NA in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. On January 3, 2011, the Court issued an Order approving the parties' stipulated request to: (1) revise the briefing schedule on BMW NA's pending Motion to Dismiss Plaintiff's Individual Claims and Motion to Strike Plaintiff's Class Allegations and (2) extend the dates for the Initial Case Management Conference and ADR deadlines.

3. Plaintiff's Third Amended Complaint, raises new issues in this case, not raised in previous Complaints. Accordingly, the parties mutually recognize that the briefing schedule and subsequent hearing and case management dates should be altered to give the parties an opportunity to properly address these issues.

4. Specifically, the parties propose that BMW NA may respond to the Third Amended Complaint by motion by March 11, 2011. The parties also propose that all opposition briefs be filed on April 8, 2011 and that reply briefs relating to the motions be filed by April 29, 2011 and that the hearing on BMW NA's filed motions (currently scheduled for March 4, 2011) is obviated and should be continued to May 20, 2011 at 9:00 a.m. or a later date and time convenient for the Court.

5. Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended Complaint. The first extension was up to and including August 17, 2010, and the second was to September 28, 2010, whereupon BMW NA filed dispositive motions. The parties have also previously stipulated to extensions of time for the briefing schedule on BMW NA's dispositive motions to the Second Amended Complaint, to continue the Initial Case Management Conference, and to extend the

1  ADR deadlines, and the Court has approved such stipulations. *See* Docket No. 14 (Aug. 5, 2010

2  Order); Docket No. 26 (Oct. 13, 2010 Order); Docket Entry of December 3, 2010 (Order); Docket

3  No. 29 (December 22, 2010 Order); Docket No. 30 (January 3, 2011 Order).

4      6.    Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this

5  stipulated request for an order changing time, as the agreements set forth in paragraph 4 affect

6  dates involving papers required to be filed with the Court and a hearing date currently set on the

7  Court's calendar.

8      7.    Other than as discussed in paragraph 5 of this Declaration, there have been no prior

9  time modifications in this case. The extensions of time requested herein would require

10 continuation of the hearing on the Motions from March 4, 2011, to May 20, 2011.

11     8.    The parties also agree that the initial case management conference ("CMC") should

12 be continued to a date and time convenient to the Court, no earlier than July 1, 2011. This

13 additional time is requested primarily because, as set forth above, the parties are requesting an

14 extension of time on the briefing schedule and hearing related to the Motions.

15     9.    On January 3, 2011, this Court ordered that the CMC shall be continued to April 22,

16 2011. (*See* Docket No. 30, January 3, 2011 Order.) As discussed in the stipulation relating to

17 that Order, the parties have requested that the Court continue the CMC because the parties

18 acknowledge that the full scope of issues presented by this lawsuit will not be known until the

19 Court rules on BMW NA's responsive pleadings. Given this situation, the parties agree that

20 meet-and-confers on the subjects discussed in the Court's Scheduling Order would be more

21 productive if postponed until after such rulings.

22     10.    Given the requested change in the Motions schedule, the parties request that the

23 Court continue the CMC to at least July 1, 2011, to allow the timeline contemplated in the

24 Court's Scheduling Order to progress normally, *i.e.*, to allow for: (a) a 14-day period in which to

25 meet and confer; (b) an additional 14 days to prepare the Rule 26(f) report, initial disclosures,

26 and the Court-mandated Joint Case Management Statement; and (c) for the Court to have 7 days

27 to review relevant materials before the initial Case Management Conference.

28

CBM-SF\SF501324

5

**DECLARATION OF ERIC J. KNAPP IN SUPPORT OF STIPULATION—CASE NO. CV 10-2257 SI**

1  11. Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of this stipulated
2  request for an order changing time, as the agreements set forth in paragraph 8 of this Declaration
3  affect certain dates fixed by Court order and the Local Rules of this Court.
4  12. The requested time modification would continue the CMC (currently on the Court's
5  calendar for April 22, 2011) to July 1, 2011.
6  I declare under penalty of perjury under the laws of the United States that the foregoing
7  is true and correct.
8  Executed this 27 day of January 2011 at San Francisco, California.

/s/ Eric J. Knapp
ERIC J. KNAPP

CBM-SF\SF501324                                6

**DECLARATION OF ERIC J. KNAPP IN SUPPORT OF STIPULATION—CASE NO. CV 10-2257 SI**

1 **ORDER**

2 For good cause shown, the Court hereby enters the Stipulation set forth above as the Order

3 of the Court. The schedule in this case is hereby modified as follows:

4     a.     Plaintiff has filed a Third Amended Complaint. BMW NA shall respond to the Third

5 Amended Complaint by March 11, 2011. Should BMW NA oppose the Third Amended

6 Complaint by motions, plaintiff will have until April 8, 2011 to file any opposition. Any reply

7 briefs relating to such motions shall be filed by April 29, 2011. The motion hearing set for March

8 4, 2011 is continued to May 20, 2011 at 9:00 a.m. to address any motions filed in response to the

9 Third Amended Complaint.

10     b.     The case management conference shall be continued to July 1, 2011 at ~~2:00~~ 2:30 p.m.

11 **IT IS SO ORDERED**

12 Dated: _____, 2011

13 By: _/s/ Susan Illston_

14 HONORABLE SUSAN ILLSTON