Troy M. Yoshino, No. 197850
Eric J. Knapp, No. 214352
Aengus H. Carr, No. 240953
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:     415.989.5900
Facsimile:      415.989.0932
Email:           tyoshino@cbmlaw.com
                    eknapp@cbmlaw.com
                    acarr@cbmlaw.com

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIM NGUYEN, as an individual and CHRIS CLYNE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1-100,<br><br>Defendants. | Case No. CV 10-2257 SI<br><br>STIPULATION TO: (1) SET BRIEFING SCHEDULE RELATING TO BMW NA'S DISPOSITIVE MOTIONS TO PLAINTIFFS' THIRD AMENDED COMPLAINT ; AND (2) CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; DECLARATION OF ERIC J. KNAPP IN SUPPORT THEREOF<br><br>[N.D. CAL. L.R. 6-2] |

CBM-SF\SF505259

By and through their respective counsel of record, plaintiffs Tim Nguyen and Chris Clyne, as individuals and on behalf of all others similarly situated, and Defendant BMW of North America ("BMW NA") stipulate and agree as follows:

**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2
(BRIEFING SCHEDULE ON BMW NA'S ANTICIPATED MOTIONS TO DISMISS AND STRIKE)**

1. In the parties' prior stipulated order signed by the Court on January 28, 2011 (Docket No. 35), BMW NA consented to plaintiffs' filing of their Third Amended Complaint and the parties agreed to extensions of time for BMW NA to respond to the Third Amended Complaint and the briefing and hearing schedule thereon, and also agreed to continue the Case Management Conference, and to extend the ADR deadlines.

2. Since that time, the parties have engaged in substantive discussions regarding the plaintiffs' Third Amended Complaint, which discussions the parties believe may result in a change to the contours of the case and the issues presented by it. Accordingly, the parties mutually recognize that the prior deadlines should be altered to give the parties an opportunity to properly address those issues.

3. The parties have met and conferred and propose the following schedule on BMW NA's dispositive motions:

June 1, 2011: BMW NA files dispositive motions;

July 1, 2011: Plaintiffs' opposition briefs due;

July 22, 2011: BMW NA's reply briefs due.

The hearing on BMW NA's dispositive motions is currently set for May 20, 2011 at 9:00 a.m. and, given the proposed revised filing date for BMW NA's dispositive motions and the briefing schedule thereon, the parties request the motion hearing be continued to August 21, 2011 at 9:00 a.m. or a later date and time convenient for the Court.

4. Procedural History: Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended Complaint. The first extension was up to and including August 17, 2010, and the second was up to and including September 28, 2010, whereupon BMW NA filed its dispositive motions to the

Second Amended Complaint. The parties have also previously stipulated to extensions of time for the briefing schedule on the dispositive motions to the Second Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved such stipulations. *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26 (Oct. 13, 2010 Order); Docket Entry of December 3, 2010 (Order); Docket No. 29 (December 22, 2010 Order); Docket No. 30 (January 3, 2011 Order). On January 14, 2011, Plaintiffs filed their Third Amended Complaint, which rendered moot BMW NA's then pending dispositive motions to the Second Amended Complaint. The parties stipulated to an extension of time for BMNA to respond to the Third Amended Complaint, and extensions of time for the briefing schedule on the dispositive motions, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court approved that stipulation. *See* Docket No. 35 (Jan. 28, 2011 Order).

5. Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 3 affect dates involving papers required to be filed with the Court and a hearing date currently set on the Court's calendar.

6. Other than as discussed in paragraph 4, there have been no prior time modifications in this case. The extensions of time requested herein would require continuation of the hearing on the Motions from May 20, 2011, to August 21, 2011.

**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2
(CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE)**

7. The parties hereby further agree that the initial case management conference ("CMC") should be continued to a date and time convenient to the Court, no earlier than October 7, 2011. This additional time is requested primarily because, as set forth above, the parties are requesting an extension of time on the briefing schedule and hearing related to BMW NA's planned dispositive motions to the Third Amended Complaint.

7. As set forth in the parties' prior stipulation and the Court's order approving that stipulation (*see* Docket No. 35, January 28, 2011 Order), the parties have requested that the Court continue the CMC because the parties acknowledge that the full scope of issues presented by this

CBM-SF\SF505259

2

lawsuit will not be known until the Court rules on BMW NA's responsive pleadings. Given this situation and the parties' ongoing discussions that may impact the contours of the case, the parties agree that meet-and-confers on the subjects discussed in the Court's Scheduling Order would be more productive if postponed until after such rulings.

8. Given the requested change in the Motions schedule, the parties request that the Court continue the CMC to at least October 7, 2011, to allow the timeline contemplated in the Court's Scheduling Order to progress normally, *i.e.*, to allow for: (a) a 14-day period in which to meet and confer; (b) an additional 14 days to prepare the Rule 26(f) report, initial disclosures, and the Court-mandated Joint Case Management Statement; and (c) for the Court to have 7 days to review relevant materials before the initial Case Management Conference.

9. Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 8 affect certain dates fixed by Court order and the Local Rules of this Court.

10. Other than as discussed in paragraph 4, there have been no prior time modifications in this case. The requested time modification would continue the CMC (currently on the Court's calendar for July 1, 2011) to October 7, 2011.

Dated: March 10, 2011.      Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By _____/s/ Eric J. Knapp_____
ERIC J. KNAPP
Attorneys for Defendant
BMW of North America, LLC

Dated: March 10, 2011      KERSHAW, CUTTER & RATINOFF LLP

By _____/s/ Stuart C. Talley_____
STUART C. TALLEY
Attorneys for Plaintiff
Tim Nguyen

**General Order 45, § X Certification**
The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each of the other signatories, in full accordance with N.D. Cal Gen. Ord. 45, § X(B).

**DECLARATION OF ERIC J. KNAPP IN SUPPORT OF STIPULATED REQUESTS FOR ORDER CHANGING TIME**

I, Eric J. Knapp, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court, and am associated with Carroll, Burdick & McDonough LLP, counsel for Defendant BMW NA in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. On January 28, 2011, the Court issued an Order approving the parties' stipulated request to: (1) extend the time for BMW NA to respond to plaintiffs' Third Amended Complaint; (2) set the briefing schedule on BMW NA's responsive pleadings to the Third Amended Complaint, if any; and (3) extend the dates for the Initial Case Management Conference and ADR deadlines.

3. Since the Court issued its January 28, 2011 Order, the parties have engaged in substantive discussions regarding the plaintiffs' Third Amended Complaint, which discussions the parties believe may result in a change to the contours of the case and the issues presented by it. Accordingly, the parties mutually recognize that the prior deadlines should be altered to give the parties an opportunity to properly address those issues.

4. To accommodate those discussions, the parties propose that BMW NA may respond to the Third Amended Complaint by motion by June 1, 2011. The parties also propose that all opposition briefs be filed on July 1, 2011 and that reply briefs relating to the motions be filed by July 22, 2011 and that the hearing on BMW NA's filed motions (currently scheduled for May 20, 2011) is obviated and should be continued to August 22, 2011 at 9:00 a.m. or a later date and time convenient for the Court.

5. Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended Complaint. The first extension was up to and including August 17, 2010, and the second was up to and including September 28, 2010, whereupon BMW NA filed its dispositive motions to the Second Amended

1  Complaint. The parties have also previously stipulated to extensions of time for the briefing
2  schedule on the dispositive motions to the Second Amended Complaint, to continue the Initial
3  Case Management Conference, and to extend the ADR deadlines, and the Court has approved
4  such stipulations. *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26 (Oct. 13, 2010 Order);
5  Docket Entry of December 3, 2010 (Order); Docket No. 29 (December 22, 2010 Order); Docket
6  No. 30 (January 3, 2011 Order). On January 14, 2011, Plaintiffs filed their Third Amended
7  Complaint, which rendered moot BMW NA's then pending dispositive motions to the Second
8  Amended Complaint. The parties stipulated to an extension of time for BMNA to respond to the
9  Third Amended Complaint, and extensions of time for the briefing schedule on the dispositive
10 motions, to continue the Initial Case Management Conference, and to extend the ADR deadlines,
11 and the Court approved that stipulation. *See* Docket No. 35 (Jan. 28, 2011 Order).

12    6.   Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this
13 stipulated request for an order changing time, as the agreements set forth in paragraph 4 affect
14 dates involving papers required to be filed with the Court and a hearing date currently set on the
15 Court's calendar.

16    7.   Other than as discussed in paragraph 5 of this Declaration, there have been no prior
17 time modifications in this case. The extensions of time requested herein would require
18 continuation of the hearing on the Motions from May 20, 2011, to August 21, 2011.

19    8.   The parties also agree that the initial case management conference ("CMC") should
20 be continued to a date and time convenient to the Court, no earlier than October 7, 2011. This
21 additional time is requested primarily because, as set forth above, the parties are requesting an
22 extension of time on the briefing schedule and hearing related to the Motions.

23    9.   On January 28, 2011, this Court ordered that the CMC shall be continued to July 1,
24 2011. (*See* Docket No. 35, January 28, 2011 Order.) As discussed in the stipulation relating to
25 that Order, the parties have requested that the Court continue the CMC because the parties
26 acknowledge that the full scope of issues presented by this lawsuit will not be known until the
27 Court rules on BMW NA's responsive pleadings. Given this situation and the parties' ongoing
28 discussions that may impact the contours of the case, the parties agree that meet-and-confers on

the subjects discussed in the Court's Scheduling Order would be more productive if postponed until after such rulings.

10. Given the requested change in the Motions schedule, the parties request that the Court continue the CMC to at least October 7, 2011, to allow the timeline contemplated in the Court's Scheduling Order to progress normally, *i.e.*, to allow for: (a) a 14-day period in which to meet and confer; (b) an additional 14 days to prepare the Rule 26(f) report, initial disclosures, and the Court-mandated Joint Case Management Statement; and (c) for the Court to have 7 days to review relevant materials before the initial Case Management Conference.

11. Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 8 of this Declaration affect certain dates fixed by Court order and the Local Rules of this Court.

12. The requested time modification would continue the CMC (currently on the Court's calendar for July 1, 2011) to October 7, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of March 2011 at San Francisco, California.

/s/ Eric J. Knapp
───────────────────
ERIC J. KNAPP

## ORDER

For good cause shown, the Court hereby enters the Stipulation set forth above as the Order of the Court. The schedule in this case is hereby modified as follows:

a. BMW NA shall respond to the Third Amended Complaint by June 1, 2011. Should BMW NA oppose the Third Amended Complaint by motions, plaintiff will have until July 1, 2011 to file any opposition. Any reply briefs relating to such motions shall be filed by July 22, 2011. The motion hearing set for May 20, 2011 is continued to August 26, 2011 at 9:00 a.m. to address any motions filed in response to the Third Amended Complaint.

b. The case management conference shall be continued to October 7, 2011 at 2:30 p.m.

**IT IS SO ORDERED**

Dated: ___3/11_____, 2011

By: _____
HONORABLE SUSAN ILLSTON