RECEIVED
MAY - 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tim Nguyen and Chris Clyne,<br><br>    Plaintiff,<br><br>v.<br><br>BMW of North America, LLC,<br><br>    Defendant. | CASE NO. CV10-2257 SI<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Joseph A. Osborne, whose business address and telephone number is

Babbitt, Johnson & Osborne & LeClainche, P.A., 1641 Worthington Rd., Suite 100, West Palm Beach, FL 33409; Email: jaosborne@babbitt-johnson.com; , Telephone: (561) 684-2500

and who is an active member in good standing of the bar of Southern District of Florida having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs Tim Nguyen and Chris Clyne

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/3/11

                                        Hon. Susan Illston
                                        United States District  Judge