1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
**KERSHAW, CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: bkershaw@kcrlegal.com
Email: stalley@kcrlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIM NGUYEN, as an individual and CHRIS CLYNE, an individual, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1-100,<br><br>           Defendants. | Case No. CV 10-2257 SI<br><br>**STIPULATION TO CHANGE BRIEFING SCHEDULE RELATING TO BMW NA'S MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT; DECLARATION OF STUART C. TALLEY IN SUPPORT THEREOF**<br><br>**[N.D. Cal. L.R. 6-2]** |

1    By and through their respective counsel of record, plaintiffs Tim Nguyen and Chris Clyne,

2  as individuals and on behalf of all others similarly situated, and Defendant BMW of North

3  America ("BMW NA") stipulate and agree as follows:

4    1.    In the parties' prior stipulated order signed by the Court on March 14, 2011 [Dkt.

5  No. 37], the parties consented to a briefing schedule on defendant's dispositive motions to

6  plaintiffs' Third Amended Complaint as follows:

7    June 1, 2011:  BMW NA files dispositive motions;

8    July 1, 2011:  Plaintiffs' opposition briefs due;

9    July 22, 2011:  BMW NA's reply briefs due.

10    2.    Defendant BMW NA filed its Motion to Strike [Dkt. No. 41] and Motion to Dismiss

11  [Dkt. No. 42] plaintiffs' Third Amended Complaint on June 1, 2011.

12    3.    The parties have met and conferred and propose the following changes to the above

13  briefing schedule:

14    July 15, 2011:  Plaintiffs' opposition briefs due;

15    August 5, 2011:  BMW NA's reply briefs due.

16    4.    Procedural History:  Pursuant to Civil Local Rule 6-1(a), the parties have previously

17  stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended

18  Complaint.  The first extension was up to and including August 17, 2010, and the second was up

19  to and including September 28, 2010, whereupon BMW NA filed its dispositive motions to the

20  Second Amended Complaint.  The parties have also previously stipulated to extensions of time

21  for the briefing schedule on the dispositive motions to the Second Amended Complaint, to

22  continue the Initial Case Management Conference, and to extend the ADR deadlines, and the

23  Court has approved such stipulations.  *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26

24  (Oct. 13, 2010 Order); Docket Entry of December 3, 2010 (Order); Docket No. 29 (December 22,

25  2010 Order); Docket No. 30 (January 3, 2011 Order).  On January 14, 2011, Plaintiffs filed their

26  Third Amended Complaint, which rendered moot BMW NA's then pending dispositive motions

27  to the Second Amended Complaint.  The parties have also previously stipulated to extensions of

28  time for the briefing schedule on the dispositive motions to the Third Amended Complaint, to

1

1  continue the Initial Case Management Conference, and to extend the ADR deadlines, and the

2  Court has approved such stipulations.  *See* Docket No. 35 (Jan. 28, 2011 Order); Docket No. 37

3  (March 14, 2011).

4         5.     Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this

5  stipulated request for an order changing time, as the agreements set forth in paragraph 3 affect

6  dates involving papers required to be filed with the Court.  This requested adjustment to the

7  briefing schedule will not have any other effect on the schedule for the case set by the Court

8         6.     Other than as discussed in paragraph 4, there have been no prior time modifications in

9  this case.

10

11  Dated:  June 30, 2011.                    Respectfully submitted,

12                                            CARROLL, BURDICK & McDONOUGH LLP

13

14                                            By _____/s/ Eric J. Knapp_____
                                                        ERIC J. KNAPP
15                                            Attorneys for Defendant
                                              BMW of North America, LLC

16

17  Dated:  June 30, 2011.                    KERSHAW, CUTTER & RATINOFF LLP

18

19                                            By _____/s/ Stuart C. Talley_____
                                                        STUART C. TALLEY
20                                            Attorneys for Plaintiff
                                              Tim Nguyen
21

22

23

24

25  **General Order 45, § X Certification**
    The filing attorney hereby certifies that concurrence in the filing of the document has been
26  obtained from each of the other signatories, in full accordance with N.D. Cal Gen. Ord. 45, §
    X(B).
27

28

## DECLARATION OF STUART C. TALLEY IN SUPPORT OF STIPULATED REQUESTS FOR ORDER CHANGING TIME

I, Stuart C. Talley, declare and state as follows:

1.      I am an attorney duly licensed to practice before this Court, and am partner with KERSHAW, CUTTER & RATINOFF LLP, counsel for plaintiffs in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2.      On March 14, 2011, the Court issued an Order approving the parties' stipulated request to: (1) extend the time for BMW NA to respond to plaintiffs' Third Amended Complaint; (2) set the briefing schedule on BMW NA's responsive pleadings to the Third Amended Complaint, if any; and (3) extend the dates for the Initial Case Management Conference and ADR deadlines.

3.      Since the Court issued its March 14, 2011 Order, the parties have engaged in substantive discussions regarding the plaintiffs' Third Amended Complaint, which discussions the parties believe may result in a change to the contours of the case and the issues presented by it.  Accordingly, the parties mutually recognize that the prior deadlines should be altered to give the parties an opportunity to properly address those issues.

4.      To accommodate those discussions, the parties propose that plaintiffs' opposition briefs to Defendant BMW NA's Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint be filed by July 15, 2011 and that reply briefs relating to these motions be filed by August 5, 2011.

5.      Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended Complaint.  The first extension was up to and including August 17, 2010, and the second was up to and including September 28, 2010, whereupon BMW NA filed its dispositive motions to the Second Amended Complaint.  The parties have also previously stipulated to extensions of time for the briefing schedule on the dispositive motions to the Second Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved

5

1  such stipulations.  *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26 (Oct. 13, 2010 Order);

2  Docket Entry of December 3, 2010 (Order); Docket No. 29 (December 22, 2010 Order); Docket

3  No. 30 (January 3, 2011 Order).  On January 14, 2011, Plaintiffs filed their Third Amended

4  Complaint, which rendered moot BMW NA's then pending dispositive motions to the Second

5  Amended Complaint.  The parties have also previously stipulated to extensions of time for the

6  briefing schedule on the dispositive motions to the Third Amended Complaint, to continue the

7  Initial Case Management Conference, and to extend the ADR deadlines, and the Court has

8  approved such stipulations.  *See* Docket No. 35 (Jan. 28, 2011 Order); Docket No. 37 (March 14,

9  2011).

10         6.       Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this

11  stipulated request for an order changing time, as the agreements set forth in paragraph 4 affect

12  dates involving papers required to be filed with the Court.  This requested adjustment to the

13  briefing schedule will not have any other effect on the schedule for the case set by the Court

14         7.       Other than as discussed in paragraph 5 of this Declaration, there have been no prior

15  time modifications in this case.

16         I declare under penalty of perjury under the laws of the United States that the foregoing is

17  true and correct.

18         Executed this 30th day of June 2011 at Sacramento, California.

19

20                                                      */s/ Stuart C. Talley*
                                                        _____
21                                                      STUART C. TALLEY

22

23

24

25

26

27

28

                                                  4

1

## __ORDER__

2        For good cause shown, the Court hereby enters the Stipulation set forth above as the Order

3    of the Court.  The schedule in this case is hereby modified as follows:

4        a.    Plaintiff will have until July 15, 2011 to file oppositions to Defendant BMW NA's

5              Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third

6              Amended Complaint; and

7        b.    Any reply briefs relating to these motions shall be filed by August 5, 2011.

8

9        **IT IS SO ORDERED**

10   Dated: _____7/1/11_____, 2011

11                                           By: _____

12                                               HONORABLE SUSAN ILLSTON

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28