1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
**KERSHAW, CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: bkershaw@kcrlegal.com
Email: stalley@kcrlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIM NGUYEN, as an individual and CHRIS CLYNE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1-100,<br><br>Defendants. | Case No. CV 10-2257 SI<br><br>**STIPULATION TO CHANGE BRIEFING SCHEDULE RELATING TO BMW NA'S MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT; DECLARATION OF STUART C. TALLEY IN SUPPORT THEREOF**<br><br>**[N.D. Cal. L.R. 6-2]** |

1   By and through their respective counsel of record, plaintiffs Tim Nguyen and Chris Clyne,

2   as individuals and on behalf of all others similarly situated, and Defendant BMW of North

3   America ("BMW NA") stipulate and agree as follows:

4   1.   In the parties' prior stipulated order signed by the Court on July 7, 2011 [Dkt. No.

5   48], the parties consented to a briefing schedule on Defendant BMW NA's Motion to Strike [Dkt.

6   No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint as follows:

7   July 15, 2011:  Plaintiffs' opposition briefs due;

8   August 5, 2011:  BMW NA's reply briefs due.

9   2.   The parties have met and conferred and propose the following changes to the above

10   briefing schedule:

11   August 16, 2011:  Plaintiffs' opposition briefs due;

12   September 6, 2011:  BMW NA's reply briefs due.

13   3.   The hearing on BMW NA's dispositive motions is currently set for August 26, 2011

14   at 9:00 a.m. and, given the proposed revised briefing schedule, the parties request the motion

15   hearing be continued to September 30, 2011 at 9:00 a.m. or a later date and time convenient for

16   the Court.

17   4.   Procedural History:  Pursuant to Civil Local Rule 6-1(a), the parties have previously

18   stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended

19   Complaint.  The first extension was up to and including August 17, 2010, and the second was up

20   to and including September 28, 2010, whereupon BMW NA filed its dispositive motions to the

21   Second Amended Complaint.  The parties have also previously stipulated to extensions of time

22   for the briefing schedule on the dispositive motions to the Second Amended Complaint, to

23   continue the Initial Case Management Conference, and to extend the ADR deadlines, and the

24   Court has approved such stipulations.  *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26

25   (Oct. 13, 2010 Order); Docket Entry of December 3, 2010 (Order); Docket No. 29 (December 22,

26   2010 Order); Docket No. 30 (January 3, 2011 Order).  On January 14, 2011, Plaintiffs filed their

27   Third Amended Complaint, which rendered moot BMW NA's then pending dispositive motions

28   to the Second Amended Complaint.  The parties have also previously stipulated to extensions of

1

1    time for the briefing schedule on the dispositive motions to the Third Amended Complaint, to

2    continue the Initial Case Management Conference, and to extend the ADR deadlines, and the

3    Court has approved such stipulations. *See* Docket No. 35 (Jan. 28, 2011 Order); Docket No. 37

4    (March 14, 2011); Docket No. 48 (July 7, 2011).

5        5.      Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this

6    stipulated request for an order changing time, as the agreements set forth in paragraph 2 and 3

7    affect dates involving papers required to be filed with the Court and a hearing date currently set

8    on the Court's calendar.

9        6.      Other than as discussed in paragraph 4, there have been no prior time modifications in

10   this case.  The extensions of time requested herein would require continuation of the hearing on

11   the Motions from August 26, 2011, to September 30, 2011.

12
      Dated:  July 15, 2011.                    Respectfully submitted,
13
                                                CARROLL, BURDICK & McDONOUGH LLP
14

15

16                                              By _____ /s/ Eric J. Knapp _____
                                                         ERIC J. KNAPP
17                                              Attorneys for Defendant
                                                BMW of North America, LLC
18

19    Dated:  July 15, 2011.                    KERSHAW, CUTTER & RATINOFF LLP

20

21                                              By _____ /s/ Stuart C. Talley _____
                                                         STUART C. TALLEY
22                                              Attorneys for Plaintiff
                                                Tim Nguyen
23

24

25    **General Order 45, § X Certification**
      The filing attorney hereby certifies that concurrence in the filing of the document has been
26    obtained from each of the other signatories, in full accordance with N.D. Cal Gen. Ord. 45, §
      X(B).
27

28

**DECLARATION OF STUART C. TALLEY IN SUPPORT OF
STIPULATED REQUESTS FOR ORDER CHANGING TIME**

I, Stuart C. Talley, declare and state as follows:

1.      I am an attorney duly licensed to practice before this Court, and am partner with KERSHAW, CUTTER & RATINOFF LLP, counsel for plaintiffs in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2.      On July 7, 2011, the Court issued an Order approving the parties' stipulated request to amend the briefing schedule on Defendant BMW NA's Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint.

3.      Since the Court issued its July 7, 2011 Order, the parties have engaged in substantive discussions regarding the plaintiffs' Third Amended Complaint, which discussions the parties believe may result in a change to the contours of the case and the issues presented by it. Accordingly, the parties mutually recognize that the prior deadlines should be altered to give the parties an opportunity to properly address those issues.

4.      To accommodate those discussions, the parties propose that plaintiffs' opposition briefs to Defendant BMW NA's Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint be filed by August 16, 2011 and that reply briefs relating to these motions be filed by September 6, 2011 and that the hearing on BMW NA's filed motions (currently scheduled for August 26, 2011) is obviated and should be continued to September 30, 2011 at 9:00 a.m. or a later date and time convenient for the Court..

5.      Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended Complaint.  The first extension was up to and including August 17, 2010, and the second was up to and including September 28, 2010, whereupon BMW NA filed its dispositive motions to the Second Amended Complaint.  The parties have also previously stipulated to extensions of time for the briefing schedule on the dispositive motions to the Second Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved

5

1    such stipulations.  *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26 (Oct. 13, 2010 Order);

2    Docket Entry of December 3, 2010 (Order); Docket No. 29 (December 22, 2010 Order); Docket

3    No. 30 (January 3, 2011 Order).  On January 14, 2011, Plaintiffs filed their Third Amended

4    Complaint, which rendered moot BMW NA's then pending dispositive motions to the Second

5    Amended Complaint.  The parties have also previously stipulated to extensions of time for the

6    briefing schedule on the dispositive motions to the Third Amended Complaint, to continue the

7    Initial Case Management Conference, and to extend the ADR deadlines, and the Court has

8    approved such stipulations.  *See* Docket No. 35 (Jan. 28, 2011 Order); Docket No. 37 (March 14,

9    2011); Docket No. 48 (July 7, 2011).

10        6.    Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this

11   stipulated request for an order changing time, as the agreements set forth in paragraph 4 affect

12   dates involving papers required to be filed with the Court and a hearing date currently set on the

13   Court's calendar.

14        7.    Other than as discussed in paragraph 5, there have been no prior time modifications in

15   this case.  The extensions of time requested herein would require continuation of the hearing on

16   the Motions from August 26, 2011, to September 30, 2011.

17        I declare under penalty of perjury under the laws of the United States that the foregoing is

18   true and correct.

19        Executed this 15th day of July 2011 at Sacramento, California.

20

21                                            */s/ Stuart C. Talley*
                                             _____
22                                            STUART C. TALLEY

23

24

25

26

27

28

4

1

## ORDER

2          For good cause shown, the Court hereby enters the Stipulation set forth above as the Order

3   of the Court.  The schedule in this case is hereby modified as follows:

4          a.     Plaintiff will have until August 16, 2011 to file oppositions to Defendant BMW NA's

5                 Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third

6                 Amended Complaint;

7          b.     Any reply briefs relating to these motions shall be filed by September 6, 2011; and

8          c.     The motion hearing set for August 26, 2011 on Defendant BMW NA's Motion to

9   Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint is

10  continued to September 30, 2011 at 9:00 a.m.

11         **IT IS SO ORDERED**

12  Dated: _____7/20_____, 2011

13  By: _____

14                  HONORABLE SUSAN ILLSTON

15

16  NO FURTHER CONTINUANCES ARE
    ANTICIPATED.

17

18

19

20

21

22

23

24

25

26

27

28

8