William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
**KERSHAW, CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: bkershaw@kcrlegal.com
Email: stalley@kcrlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIM NGUYEN, as an individual and CHRIS CLYNE, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1-100,<br><br>　　　　　　Defendants. | Case No. CV 10-2257 SI<br><br>**STIPULATION TO CHANGE BRIEFING SCHEDULE RELATING TO BMW NA'S MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT; DECLARATION OF STUART C. TALLEY IN SUPPORT THEREOF**<br><br>**[N.D. Cal. L.R. 6-2]** |

1   By and through their respective counsel of record, plaintiffs Tim Nguyen and Chris Clyne, as individuals and on behalf of all others similarly situated, and Defendant BMW of North America ("BMW NA") stipulate and agree as follows:

   1.   In the parties' prior stipulated order signed by the Court on July 20, 2011 [Dkt. No. 50], the parties consented to a briefing schedule on Defendant BMW NA's Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint as follows:

   <u>August 16, 2011</u>:  Plaintiffs' opposition briefs due;

   <u>September 6, 2011</u>:  BMW NA's reply briefs due.

   2.   The parties have met and conferred and propose the following changes to the above briefing schedule:

   <u>August 30, 2011</u>:  Plaintiffs' opposition briefs due;

   <u>September 20, 2011</u>:  BMW NA's reply briefs due.

   3.   Procedural History:  Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended Complaint.  The first extension was up to and including August 17, 2010, and the second was up to and including September 28, 2010, whereupon BMW NA filed its dispositive motions to the Second Amended Complaint.  The parties have also previously stipulated to extensions of time for the briefing schedule on the dispositive motions to the Second Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved such stipulations.  *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26 (Oct. 13, 2010 Order); Docket Entry of December 3, 2010 (Order); Docket No. 29 (December 22, 2010 Order); Docket No. 30 (January 3, 2011 Order).  On January 14, 2011, Plaintiffs filed their Third Amended Complaint, which rendered moot BMW NA's then pending dispositive motions to the Second Amended Complaint.  The parties have also previously stipulated to extensions of time for the briefing schedule on the dispositive motions to the Third Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved such stipulations.  *See* Docket No. 35 (Jan. 28, 2011 Order); Docket No. 37 (March 14, 2011); Docket No. 48 (July 7, 2011); Docket No. 50 (July 20, 2011).

4. Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 2 affect dates involving papers required to be filed with the Court and a hearing date currently set on the Court's calendar.

5. Other than as discussed in paragraph 3, there have been no prior time modifications in this case.

Dated:  August 16, 2011.                    Respectfully submitted,

                                            CARROLL, BURDICK & McDONOUGH LLP


                                            By _____/s/ Eric J. Knapp_____
                                                        ERIC J. KNAPP
                                            Attorneys for Defendant
                                            BMW of North America, LLC


Dated:  August 16, 2011.                    KERSHAW, CUTTER & RATINOFF LLP


                                            By _____/s/ Stuart C. Talley_____
                                                        STUART C. TALLEY
                                            Attorneys for Plaintiff
                                            Tim Nguyen


**General Order 45, § X Certification**
The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each of the other signatories, in full accordance with N.D. Cal Gen. Ord. 45, § X(B).

**DECLARATION OF STUART C. TALLEY IN SUPPORT OF STIPULATED REQUESTS FOR ORDER CHANGING TIME**

I, Stuart C. Talley, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court, and am partner with KERSHAW, CUTTER & RATINOFF LLP, counsel for plaintiffs in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. On July 20, 2011, the Court issued an Order approving the parties' stipulated request to amend the briefing schedule on Defendant BMW NA's Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint.

3. Since the Court issued its July 20, 2011 Order, the parties have engaged in substantive discussions regarding the plaintiffs' Third Amended Complaint, which discussions the parties believe may result in a change to the contours of the case and the issues presented by it. Accordingly, the parties mutually recognize that the prior deadlines should be altered to give the parties an opportunity to properly address those issues.

4. To accommodate those discussions, the parties propose that plaintiffs' opposition briefs to Defendant BMW NA's Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint be filed by August 30, 2011 and that reply briefs relating to these motions be filed by September 20, 2011.

5. Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended Complaint. The first extension was up to and including August 17, 2010, and the second was up to and including September 28, 2010, whereupon BMW NA filed its dispositive motions to the Second Amended Complaint. The parties have also previously stipulated to extensions of time for the briefing schedule on the dispositive motions to the Second Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved such stipulations. *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26 (Oct. 13, 2010 Order); Docket Entry of December 3, 2010 (Order); Docket No. 29 (December 22, 2010 Order); Docket

No. 30 (January 3, 2011 Order). On January 14, 2011, Plaintiffs filed their Third Amended Complaint, which rendered moot BMW NA's then pending dispositive motions to the Second Amended Complaint. The parties have also previously stipulated to extensions of time for the briefing schedule on the dispositive motions to the Third Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved such stipulations. *See* Docket No. 35 (Jan. 28, 2011 Order); Docket No. 37 (March 14, 2011); Docket No. 48 (July 7, 2011); Docket No. 50 (July 20, 2011).

6. Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 4 affect dates involving papers required to be filed with the Court. This requested adjustment to the briefing schedule will not have any other effect on the schedule for the case set by the Court.

7. Other than as discussed in paragraph 5, there have been no prior time modifications in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of August 2011 at Sacramento, California.


                    */s/ Stuart C. Talley*
                    STUART C. TALLEY

**ORDER**

For good cause shown, the Court hereby enters the Stipulation set forth above as the Order of the Court. The schedule in this case is hereby modified as follows:

a. Plaintiff will have until August 30, 2011 to file oppositions to Defendant BMW NA's Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint; and

b. Any reply briefs relating to these motions shall be filed by September 20, 2011
The motion hearing remains on 9/30/11 at 9:00 a.m.

**IT IS SO ORDERED**

Dated: ____8/19/11____, 2011

By: _____
HONORABLE SUSAN ILLSTON