1  Troy M. Yoshino, No. 197850
2  Eric J. Knapp, No. 214352
   Aengus H. Carr, No. 240953
3  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
4  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
5  Telephone:    415.989.5900
   Facsimile:    415.989.0932
6  Email:        tyoshino@cbmlaw.com
                 eknapp@cbmlaw.com
7                acarr@cbmlaw.com

8  Attorneys for Defendant
   BMW OF NORTH AMERICA, LLC
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    (SAN FRANCISCO DIVISION)

13

| | |
|---|---|
| 14  TIM NGUYEN, as an individual and CHRIS CLYNE, an individual, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1-100,<br><br>                    Defendants. | Case No. CV 10-2257 SI<br><br>**STIPULATION TO CHANGE BRIEFING SCHEDULE RELATING TO BMW NA'S MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT; DECLARATION OF ERIC J. KNAPP IN SUPPORT THEREOF**<br><br>[N.D. Cal. L.R. 6-2] |

By and through their respective counsel of record, plaintiffs Tim Nguyen and Chris Clyne, as individuals and on behalf of all others similarly situated, and Defendant BMW of North America ("BMW NA") stipulate and agree as follows:

1. In the parties' prior stipulated order signed by the Court on September 1, 2011 [Dkt. No. 54], the parties consented to a briefing schedule on Defendant BMW NA's Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint as follows:

<u>September 16, 2011</u>:  Plaintiffs' opposition briefs due;

<u>September 20, 2011</u>:  BMW NA's reply briefs due;

<u>September 30, 2011</u>:  Hearing.

Additionally, the Court previously set a case management conference for October 7, 2011.

2. The parties have met and conferred and propose the following changes to the above briefing schedule and case management conference:

<u>October 4, 2011</u>:  Plaintiffs' opposition briefs due;

<u>October 7, 2011</u>:  BMW NA's reply briefs due;

<u>October 14, 2011</u>:  Hearing;

<u>November 18, 2011</u>:  Case Management Conference.

3. The parties request the court continue the CMC to at least 35 days after the ruling on the responsive pleadings to allow the timeline contemplated in the Court's Scheduling Order to progress normally, i.e., to allow for: (a) a 14-day period in which to meet and confer; (b) an additional 14 days to prepare the Rule 26(f) report, initial disclosures, and the Court-mandated Joint Case Management Statement; and (c) for the Court to have 7 days to review relevant materials before the initial Case Management Conference.

4. Procedural History:  Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended Complaint. The first extension was up to and including August 17, 2010, and the second was up to and including September 28, 2010, whereupon BMW NA filed its dispositive motions to the Second Amended Complaint. The parties have also previously stipulated to extensions of time

for the briefing schedule on the dispositive motions to the Second Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved such stipulations.  *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26 (Oct. 13, 2010 Order); Docket Entry of December 3, 2010 (Order); Docket No. 29 (December 22, 2010 Order); Docket No. 30 (January 3, 2011 Order).  On January 14, 2011, Plaintiffs filed their Third Amended Complaint, which rendered moot BMW NA's then pending dispositive motions to the Second Amended Complaint.  The parties have also previously stipulated to extensions of time for the briefing schedule on the dispositive motions to the Third Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved such stipulations.  *See* Docket No. 35 (Jan. 28, 2011 Order); Docket No. 37 (March 14, 2011); Docket No. 48 (July 7, 2011); Docket No. 50 (July 20, 2011); Docket No. 52 (August 24, 2011); Docket No. 54 (September 1, 2011).

     5.    Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 2 affect dates involving papers required to be filed with the Court and hearing and case management conference dates currently set on the Court's calendar.

     6.    Other than as discussed in paragraph 4, there have been no prior time modifications in this case.

Dated:  September 15, 2011.            Respectfully submitted,

                                              CARROLL, BURDICK & McDONOUGH LLP

                                              By _____/s/ Eric J. Knapp_____
                                                             ERIC J. KNAPP
                                              Attorneys for Defendant
                                              BMW of North America, LLC

Dated:  September 15, 2011.            KERSHAW, CUTTER & RATINOFF LLP

By _____/s/ Stuart C. Talley_____
STUART C. TALLEY
Attorneys for Plaintiff
Tim Nguyen

**General Order 45, § X Certification**
The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each of the other signatories, in full accordance with N.D. Cal Gen. Ord. 45, § X(B).

3
STIPULATED REQUEST TO CHANGE TIME; KNAPP DECL. ISO—CASE NO. CV 10-2257 SI

**DECLARATION OF ERIC J. KNAPP IN SUPPORT OF STIPULATED REQUESTS FOR ORDER CHANGING TIME**

I, Eric J. Knapp, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court, and am partner with Carroll, Burdick & McDonough LLP, counsel for defendant in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. On September 1, 2011, the Court issued an Order [Dkt. No. 54] approving the parties' stipulated request to amend the briefing schedule on Defendant BMW NA's Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint.

3. Since the Court issued its September 1, 2011 Order, the parties have engaged in substantive discussions regarding the plaintiffs' Third Amended Complaint, which discussions the parties believe may result in a change to the contours of the case and the issues presented by it. Accordingly, the parties mutually recognize that the prior deadlines should be altered to give the parties an opportunity to properly address those issues.

4. To accommodate those discussions, the parties propose that plaintiffs' opposition briefs to Defendant BMW NA's Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint be filed by October 4, 2011, that any reply by BMW NA be filed by October 7, 2011 and that the hearing be reset to October 14, 2011 and reset the case management conference to November 18, 2011.

5. Pursuant to Civil Local Rule 6-1(a), the parties have previously stipulated to two extensions of time for BMW NA to respond to plaintiff's Second Amended Complaint. The first extension was up to and including August 17, 2010, and the second was up to and including September 28, 2010, whereupon BMW NA filed its dispositive motions to the Second Amended Complaint. The parties have also previously stipulated to extensions of time for the briefing schedule on the dispositive motions to the Second Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved such stipulations. *See* Docket No. 14 (Aug. 5, 2010 Order); Docket No. 26 (Oct. 13, 2010 Order);

Docket Entry of December 3, 2010 (Order); Docket No. 29 (December 22, 2010 Order); Docket No. 30 (January 3, 2011 Order). On January 14, 2011, Plaintiffs filed their Third Amended Complaint, which rendered moot BMW NA's then pending dispositive motions to the Second Amended Complaint. The parties have also previously stipulated to extensions of time for the briefing schedule on the dispositive motions to the Third Amended Complaint, to continue the Initial Case Management Conference, and to extend the ADR deadlines, and the Court has approved such stipulations. *See* Docket No. 35 (Jan. 28, 2011 Order); Docket No. 37 (March 14, 2011); Docket No. 48 (July 7, 2011); Docket No. 50 (July 20, 2011); Docket No. 52 (August 24, 2011); Docket No. 54 (September 1, 2011).

6. Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 4 affect dates involving papers required to be filed with the Court and a hearing date currently set on the Court's calendar.

7. Other than as discussed in paragraph 5, there have been no prior time modifications in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of September 2011 at San Francisco, California.

*/s/ Eric J. Knapp*
ERIC J. KNAPP

**ORDER**

For good cause shown, the Court hereby enters the Stipulation set forth above as the Order of the Court. The schedule in this case is hereby modified as follows:

a. Plaintiff will have until October 4, 2011 to file oppositions to Defendant BMW NA's Motion to Strike [Dkt. No. 41] and Motion to Dismiss [Dkt. No. 42] plaintiffs' Third Amended Complaint;

b. Any reply briefs relating to these motions shall be filed by October 7, 2011;

c. The motion hearing is reset for October 14, 2011 at 9:00 a.m.; and

d. The case management conference is reset for November 18, 2011 at 9:00 a.m..

**IT IS SO ORDERED**

Dated: __9/20_____, 2011

By: _____
HONORABLE SUSAN ILLSTON