| | |
|---|---|
| 1 | William A. Kershaw (State Bar No. 057486) |
| 2 | Stuart C. Talley (State Bar No. 180374) |
|   | **KERSHAW, CUTTER & RATINOFF, LLP** |
| 3 | 401 Watt Avenue |
|   | Sacramento, California  95864 |
| 4 | Telephone: (916) 448-9800 |
|   | Facsimile: (916) 669-4499 |
| 5 | Email: wkershaw@kcrlegal.com |
| 6 | Email: stalley@kcrlegal.com |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIM NGUYEN, as an individual and CHRIS CLYNE, an individual, on behalf of themselves and all others similarly situated, | Case No. CV 10-2257 SI |
| Plaintiffs, | STIPULATION REQUEST TO FILE FOURTH AMENDED COMPLAINT |
| v. | |
| BMW OF NORTH AMERICA, LLC; and DOES 1-100, | |
| Defendants. | |

By and through their respective counsel of record, plaintiffs Tim Nguyen and Chris Clyne, as individuals and on behalf of all others similarly situated, and defendant BMW of North America ("BMW NA" or "defendant") stipulate and agree as follows:

WHEREAS, on May 25, July 13, and September 7, 2010, and January 14, 2011 plaintiffs filed their Complaint and their First, Second and Third Amended Complaints in the above-captioned matter;

WHEREAS on October 14, 2011 the Court requested that plaintiffs file a Fourth Amended Complaint setting forth allegations consistent with the parties proposed settlement class;

WHEREAS, on October 19, 2011 the parties agreed on the form and filing of the attached Fourth Amended Complaint so as to procedurally parallel the parties efforts to effectuate nationwide resolution of the litigation;

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to the approval of this Court, that:

    1.    Plaintiffs shall file and serve their Fourth Amended Complaint attached hereto in the above-captioned matter.

Dated: October 19, 2011.    Respectfully submitted,

KERSHAW, CUTTER & RATINOFF LLP

By: _____/s/ William A. Kershaw_____
WILLIAM A. KERSHAW
Attorneys for Plaintiffs

Dated:  October 19, 2011.    CARROLL, BURDICK & McDONOUGH LLP

By: _____/s/ Eric J. Knapp_____
ERIC J. KNAPP
Attorneys for Defendant
BMW of North America, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: _____10/24/11_____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE