| | |
|---|---|
| 1 | William A. Kershaw (State Bar No. 057486) |
| 2 | Stuart C. Talley (State Bar No. 180374) |
|   | Lyle W. Cook (State Bar No. 148914) |
| 3 | **KERSHAW, CUTTER & RATINOFF, LLP** |
|   | 401 Watt Avenue |
| 4 | Sacramento, California  95864 |
|   | Telephone: (916) 448-9800 |
| 5 | Facsimile: (916) 669-4499 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM NGUYEN, as an individual, and CHRIS CLYNE, an individual, on behalf themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>       v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.: CV10-2257 SI<br><br>**[~~PROPOSED~~] SUPPLEMENTAL ORDER OF PRELIMINARY APPROVAL APPOINTING ADDITIONAL CLASS COUNSEL**<br><br>The Honorable Susan Illston |

On November 8, 2011 this Court preliminarily approved a proposed settlement in the above captioned action, certified the settlement class, appointed settlement class counsel, set the matter for hearing on final approval of the proposed settlement and directed that notice be sent to all class members on December 23, 2011, forty-five (45) after date of entry of this courts preliminary approval order pursuant to Paragraph 5.5 of the Settlement Agreement, previously filed with the Court. In Paragraph 4 of this Court's Preliminary Approval Order the Court stated that it would consider the appointment of additional class counsel pursuant to Fed. R. Civ. Proc. 23(g)(A) upon the submission of an appropriate declaration and other documentation demonstrating the other firms (Wigington, Rumley & Dunn; Babbitt, Johnson, Osborn and LeClainche; and Wexler Wallace) knowledge and experience in handling these types of cases.

Consistent with the Court's direction, previously appointed Settlement Class Counsel, Kershaw, Cutter & Ratinoff, has submitted declarations and resumes clearly setting forth the complex litigation experience of those additional firms as well as their participation in this case. Upon consideration of those submissions the Court finds that the additional firms have the experience and resources to adequately represent the class and it is hereby ORDERED that:

1. Joseph Dunn of Wigington, Rumley & Dunn; Theodore Babbitt and Joseph Osborne of Babbitt, Johnson, Osborne & LeClainche and the firm of Wexler Wallace be appointed as additional class counsel for the Settlement Class.

2. The additional class counsel are to be included as Settlement Class Counsel in the Class Notice to be disseminated to Class Members on December 23, 2011.

IT IS SO ORDERED.

Dated: ___12/9_____, 2011

_____
Hon. Susan Illston
United States District Judge

-1-

[PROPOSED] SUPPLEMENTAL ORDER OF PRELIMINARY APPROVAL APPOINTING ADDITIONAL CLASS COUNSEL