**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM NGUYEN, CHRIS CLYNE, et al. | No. C 10-02257 SI |
| Plaintiffs, | **ORDER RE SUPPLEMENTAL BRIEFING** |
| v. | |
| BMW OF NORTH AMERICA LLC, | |
| Defendant. | |

The joint motion for final approval of the parties' class action settlement and plaintiffs' motion for an award of attorneys fees and costs came on for hearing on Friday March 16, 2012. The Court will take both motions under submissions. However, the Court directs the following supplemental briefing to be submitted.

1. On or before March 30, 2012, the claims administrator – in consultation with the parties – shall submit a revised declaration listing all individuals who have requested and been granted exclusion from this action, including the eight untimely requests and the request made by Joann Breslin [Docket No. 85], as appropriate. That declaration shall also confirm that requests for exclusion and objections that were postmarked on February 6, 2012 were considered timely.

2. On or before March 30, 2012, the claims administrator shall file a declaration stating: how many class members submitted claims; the amount of out-of-pocket expenses requested by class members; the amount of cash payments requested by class members; and how many purchase credits were requested by class members.

3. On or before Mach 30, 2012, plaintiffs' counsel shall provide revised declarations for

each firm seeking attorneys fees and costs which detail – by month and year – the hours spent and expenses claimed for litigating each of the various cases filed against BMWNA. Each month/year entry shall identify the case(s) in which the hours/costs were incurred. For each case identified in the revised declarations, counsel shall provide information on the status of the case and, if terminated, the date the case was terminated and how the case was terminated (*e.g.*, dismissed by Court, voluntarily dismissed by parties upon settlement). Each declaration shall certify or explain whether the hours reported, and the records reflecting them, were recorded contemporaneously with the time spent.

4. On or before March 30, 2012, plaintiffs' counsel shall also file a supplemental brief, providing authority supporting their position that work performed in cases other than this case – i.e., other than the *Nguyen* case – can be relied on by the Court as part of the lodestar or common fund/lodestar cross-check analysis.

**IT IS SO ORDERED.**

Dated: March 19, 2012

SUSAN ILLSTON
United States District Judge