IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM NGUYEN and CHRIS CLYNE, | No. C 10-02257 SI |
| Plaintiffs, | **ORDER RE LATE REQUEST FOR EXCLUSION** |
| v. | |
| BMW OF NORTH AMERICAN LLC, | |
| Defendant. | |

On April 2, 2012, the Court received a letter from a potential Settlement Class Member asking to be excluded from the Settlement. Docket No. 133. The Court requests that the parties meet and confer regarding this untimely request for exclusion, and inform the Court on or before April 11, 2012 whether the request for exclusion by Sanjog Pangarkar will be allowed by agreement of the parties.

Dated: April 9, 2012

SUSAN ILLSTON
United States District Judge